IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| LOUIS FASULLO, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 09-501-GPM |
| | ) | |
| PEOPLE OF THE UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff **LOUIS FASULLO** shall recover nothing, and the action be **DISMISSED on the merits** for failure to pay the filing fee as ordered.

**DATED**: 09/04/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
     Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
    G. Patrick Murphy
    United States District Judge